## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN FLOWERS, | ) | 3:14-CV-0094-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 19, 2014 |
| ELI LILLY AND COMPANY, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's complaint was screened pursuant to 28 U.S.C. § 1915, and the court concluded that plaintiff's complaint stated colorable claims for which relief may be granted (#10). The court also ordered service to be completed by the U.S. Marshal's Office. *Id.* However, it appears from plaintiff's recent correspondence that he has misinterpreted the court's order concerning service of process in that he mailed his USM-285 service form to the U.S. Marshal in Indiana rather than Reno (#14).

The U.S. Marshal in Reno is currently holding a summons that the Clerk of Court has issued for Eli Lilly and Company (#12). The Clerk shall SEND to plaintiff one USM-285 form, one copy of the complaint (#1), and one copy of this order for the defendant. Plaintiff shall have until **Friday, May 30, 2014** to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal's Office in Reno for service. The address of the U.S. Marshal in Reno is 400 S. Virginia Street, 2nd Flr., Reno, NV 89501.

If plaintiff fails to follow this order, defendant Eli Lilly and Company will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk